814

LEONARD S. GANS Co., INC., Appellant, v. MCGRAW-HILL PUBLISHING COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, as Corporate Trustee, and Others, Respondents, v. 333 WEST EIGHTY-SIXTH STREET CORPORATION and Others, Defendants, Impleaded with ABRAHAM MIDONICK and Others, Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MONRO-KING & GREMMELS REALTY CORPORATION, Respondent, v. 9 AVENUE-31 STREET CORPORATION and Others, Defendants, Impleaded with TURNER CONSTRUCTION COMPANY and Others, Appellants, and CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK, Additional Defendant, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE CITY OF NEW YORK, Respondent, v. EASTERN PARKWAY, BROWNSVILLE AND EAST NEW YORK TRANSIT RELIEF ASSOCIATION, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of the Estate of FEDERAL WOOD PRODUCTS CORPORATION, Bankrupt, Respondent, v. COLONIAL RADIO CORPORATION, a Delaware Corporation, and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HENRY HORNBLOWER and Others, Respondents, v. ANNA TOSK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

UNIVERSAL CREDIT COMPANY, Appellant, v. NELL POSNER, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and reinstate the verdict.

ARGEAL CORPORATION, Respondent, v. FIFTY-NINTH STREET REAL ESTATE COMPANY, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

J. VIRGINIA LINDENMEYER, Respondent, v. MADISON PICTURE FRAME Co., INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAX EPSTEIN and Another, Respondents, v. CASTLE HILL ESTATE, INC., Appellant.— Order reversed, with twenty dollars costs and disbursements and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Glennon J., dissents.